UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KIMBERLY PEREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:20CV418-PPS/JPK |
| ) | |
| EAGLECARE, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties' Joint Stipulation of Dismissal [DE 19] is SO ORDERED.

This action is DISMISSED WITH PREJUDICE, each party bearing its own fees, costs and expenses.

By the stipulated dismissal, the case is CLOSED.

**SO ORDERED**.

ENTERED: April 2, 2021.

　　　　　　　　　　　　　　　　　/s/ Philip P. Simon
　　　　　　　　　　　　　　　PHILIP P. SIMON, JUDGE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT